FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
04 May 2021 9:44 AM lrs
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE ________ DISTRICT OF Hawaii
Civil DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Sharon Hagstrom

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Star Protection Agency
AND
Allied Universal Protection Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. Civil 21-00219-DKW-WRP
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sharon Hagstrom |
| Street Address | 23902 KuyKendahl Rd. Apt 631 |
| City and County | Tomball, Harris County |
| State and Zip Code | Texas, 77375 |
| Telephone Number | 843 298-1028 |
| E-mail Address | sharonhagstrom007@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Star Protection Agency |
| Job or Title (if known) | |
| Street Address | 846 S. Hotel Street, Suite 2 |
| City and County | Honolulu |
| State and Zip Code | Hawaii 96813 |
| Telephone Number | 808 532-3911 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Allied Universal Protection Servi |
| Job or Title (if known) | |
| Street Address | 1003 Bishop Street, #300 |
| City and County | Honolulu |

State and Zip Code Hawaii 96813
Telephone Number 808 - 670 - 3350
E-mail Address (if known) Sarah.thomas@aus.com

Defendant No. 3

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name Star Protection Agency
Street Address 846 S. Hotel Street, Suite 2
City and County Honolulu
State and Zip Code Hawaii 96813
Telephone Number 808 - 532 - 3911

Also see attached:

2. Allied Universal Protection Services

1003 Bishop Street, #300
Honolulu
Hawaii 96813

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

______________________________

☐ Relevant state law *(specify, if known)*:

______________________________

☐ Relevant city or county law *(specify, if known)*:

______________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation. They all started ganging up on me.
- ☑ Other acts *(specify)*: Sexual harassment, physical assult bullying, etc.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 9-19, 10-19, 1-20 through 9-20

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race caucasian
- ☐ color
- ☑ gender/sex middle aged older women
- ☐ religion
- ☑ national origin caucasian/white
- ☑ age. My year of birth is 1/24/72. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

I began a job at Aplied Universal Protection Agency 8-19, I was constantly harrassed by my male-coworker at my shift at the Walmart location over what seems the Security officers were pulling there that I had to leave, I made a complent

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11 - 2020

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 4-2021.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☑ less than 60 days have elapsed.

6A

to the mployee hotline 1-800 - also filed a complaint with Sarah Thomas at the human Resource department. Nothing was evry done.

I moved on and started working with Star Protective Agency in June 2021 the ~~ff~~ I was assaulted by the trainer Al, I filed a police report (which I have enclosed), I was also harrased by male co-workers sexualy, they made it so horrible and hard to go to work that I finally left. They never paid me what they owed me. I was not able to recieve unemployment because they told the unemployment office I just left. They never refunded me my uniform cost. The pandemic hit and I was unable to find a job becase of what the co-workers were doing at Walmart and then Star Protection Agency ~~was~~ most of heard about that and they were also worried to be acting that way to me. Therefore I lost my apartment, had to move in with my son.

6B.

I believe I was discrimated against by caucasian because it was all males and they were Hawaiian also. I was retailted against at walmart by them non-stop because they were pulling a scam there and thought I knew, thats why they kept asking what's going on in the loading dock and what do I know and yelling at me infront of everyone at the front entrance of Walmart until I ran away I didn't know if the men Kimo was going to hit me.

When I started back working with Star Protection Agency again I thought everything was fine, but Al the trainer physically assualted me, three men came out from the back room, the president of the company said to everyone in the classroom "We do not do anything illegal here" and after that they make it non-stop livin hell until I wanted to leave. They thought they were going to be investegated for something and took it out on me, I do not know if any of these agencies are doing something, but they took it out on me I lost my apartment, could not get unemployment, my son is calling me a loser.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like pain + suffering compensation for my hand being damaged, I was not abl to get unemployment, I would like pay fr the year of 2020 and 2021. I would like compensation for the harrassment an bullying effects they have put on me while I was at work.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/15, 2021

Signature of Plaintiff: Sharon Hagstrom

Printed Name of Plaintiff: Sharon Hagstrom

| N THE DISTRICT COURT OF THE FIRST CIRCUIT Civil DIVISION STATE OF HAWAI'I | |
|---|---|
| intiff Sharon Haystrom | Reserved for Court Use |
| | Civil No. |
| fendant Star Protection Agency AND Allied Universal Protection services. | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number |

## SUMMONS

**IE STATE OF HAWAI'I:**

**):** The Director of Public Safety of the State of Hawai'i, the Director's deputy, or any police officer or other person thorized by the laws of the State of Hawai'i:

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, less a Judge permits, in writing on this Summons, personal delivery during those hours.

**) THE DEFENDANT:**

You are required to file a written answer or appear before the District Judge of this Court, in the Judge's Courtroom, on tl y and at the time designated by the checked box on page 2. If the Defendant is a corporation or limited liability company, wai'i law requires it to be represented by an attorney licensed to practice in the State of Hawai'i.

**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND THE COURT HEARING AT THE TIME AND PLACE ESIGNATED OR FILE A WRITTEN ANSWER A DEFAULT JUDGMENT WILL BE TAKEN AGAINST YOU )R THE RELIEF DEMANDED IN THE COMPLAINT.**

)TICE TO PARTIES: (Honolulu Division only): If this case involves a residential lease and if the Defendant(s) disagrees th the statements in the Complaint, the Court may require the parties to submit their dispute to mediation at the Pre-Trial nference that will be scheduled on the Monday, not a holiday. If the Monday following your court date is a holiday, the Pr ial conference will occur on the next business day. If the parties are not able to resolve the dispute within 20 minutes of diation, the Court will set a trial date.

| te: | Clerk |
|---|---|

**SEE PAGE :**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA
[X] EEOC 486-2021-00071

**Hawai'i Civil Rights Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Sharon HAGSTROM** | 843-298-1028 | **1972** |

Street Address | City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **STAR PROTECTION AGENCY** | **15 - 100** | |

Street Address | City, State and ZIP Code

**846 S Hotel Street, Honolulu, HI 96813**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address | City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **06-01-2020** | **07-13-2020** |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**In June 2020, I began working for Respondent as a Security Guard. On the second day of my training, president of company President Robin LNU (White male, aged 50's) saw me and asked, "What are you doing here?" He also told me "We do not do anything illegal here at this agency." I did not understand the reasoning for his statement.**

**Between 6/2020 and 7/2020, a male driver (name unknown) for the company engaged me in conversation about the types of women he dates and enjoys sex with. I objected to the male's sexually inappropriate comments.**

**I believe Respondent discriminated against me because of my sex (female) and race (White) in violation of Title VII of the Civil Rights Act of 1964, as amended.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

4-20-21 [signature]

*Date* *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

Rhonda

**Rhonda Akima Mayo**

Investigator – Honolulu Office

**Equal Employment Opportunity Commision**

Prince Jonah Kuhio Kalanianaole Federal Bldg

300 Ala Moana Blvd, Suite 4-257

Honolulu, Hawaii 96850

IMPORTANT/CONFIDENTIAL: This e-mail is from the United States Equal Employment Opportunity Commission and contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee, you are hereby notified that the any unauthorized review, use, copying, disclosure or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you are not the intended recipient, please immediately notify me, the sender, by replying to this email, then promptly destroy the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. Thank you.

*At this time, in response to health concerns regarding the coronavirus, all interviews will be conducted by telephone. Please do not report to the office in-person.*



SHARON HAGSTROM

STAR PROTECTION AGENCY
OPERATIONS
846 S. HOTEL STREET
SUITE 200
HONOLULU, HI 96813

STAN07 | 1 | FLO996 | 8553

7/1/20 | 7/15/20 | 7/21/20

EARNINGS $263.62 TAXES $24.85 DEDUCTIONS $160.79 NET PAY $77.98

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 7.25 | 13.420 | $97.30 |
| REGULAR | 0.50 | 13.500 | $6.75 |
| HOLIDAY | 7.88 | 20.250 | $159.57 |

| YTD | DESCRIPTION | AMOUNT |
|---|---|---|
| $104.05 | SSEC | $16.34 |
| $104.05 | MEDI | $3.82 |
| $159.57 | SWDH | $1.60 |
| | ESTDIHI | $1.99 |

| YTD | DESCRIPTION | AMOUNT | YTD |
|---|---|---|---|
| $16.34 | ACT208 | $105.20 | $102.20 |
| $3.82 | UNIFORM | $57.99 | [illegible] |

① I already paid my guard card in full

② I returned both the uniforms and never recieved a payment back.

REG HRS 15.63 OT HRS 0.00 BLENDED OT HRS 0.00 WEIGHTED AVERAGE OT RATE $0.000

| CUSTOMER | LOCATION | DATE | TOUR | Hours REGULAR | O.T. | HOLIDAY | Rate REGULAR | O.T. | HOLIDAY |
|---|---|---|---|---|---|---|---|---|---|
| ALD9MK ALDER | 902 ALDER STREE | 7/4/20 | 7:07-15:00 | 0.00 | 0.00 | 7.88 | 13.500 | 20.250 | 20.250 |
| ALD9MK ALDER | 902 ALDER STREE | 7/5/20 | 7:00-7:30 | 0.50 | 0.00 | 0.00 | 13.500 | 20.133 | 20.250 |
| C&C CITY & COU | MEDICAL EXAMI | 7/5/20 | 7:45-15:00 | 7.25 | 0.00 | 0.00 | 13.420 | 20.137 | 20.130 |

VALIANT

7/17/2020 8:01:26AM

HONOLULU POLICE DEPARTMENT
801 South Beretania Street
Honolulu, Hawaii 96813

~~808~~ 723-3315

*This card verifies that a report has been filed with the Honolulu Police Department.*

Classification: Assault III

Report number: 20-273077

Date initiated: 07-25-20

Initial Officer: J. IVEPATHCAGPM is assigned to the

801 S. Beretania St. Police Station.

*For more information on obtaining reports, verification letters, and applicable fees please contact the Records and Identification Division at (808) 723-3258. Certain restrictions may apply to the release of any report.*

HPD-443 (R-09/19) *(front)*